UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION-LEXINGTON

| | |
|---|---|
| ESTATE OF WILLIAM COLT HALL, by and through its Administratrix, CHRISTINA HALL, *et al.* <br>     Plaintiffs <br> v. <br><br> UNITED STATES OF AMERICA *et al.* <br>     Defendants | ) <br> ) <br> ) <br> ) Case No.: 5:22-CV-113 <br> ) <br> ) *ELECTRONICALLY FILED* <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION TO CONVERT THE
BENCH TRIAL TO A JURY TRIAL**

\* \* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs, by and through, the undersigned counsel, and hereby move this Court to convert its July 14, 2025 bench trial to a jury trial. A memorandum in support is attached hereto.

                                                                                                    Respectfully Submitted,

                                                                                                    /s/*Hans G. Poppe*
                                                                                                    Hans G. Poppe
                                                                                                    Scarlette Burton Kelty
                                                                                                    THE POPPE LAW FIRM
                                                                                                    8700 Westport Road, Suite 201
                                                                                                    Louisville, Kentucky 40242
                                                                                                    (502) 895-3400
                                                                                                    (502) 895-3420 (fax)
                                                                                                    ***Counsel for Plaintiff***

1

## CERTIFICATE OF SERVICE

   I hereby certify that on the 20th day of August 2024, I electronically filed the forgoing with the clerk of the court and served a copy upon the following:

Tiffany K. Fleming
Assistant United States Attorney
260 West Vine Street Suite 300
Lexington, KY 40507-2661
(859) 233-2661
Tiffany.Fleming@usdoj.gov

B. Todd Thompson
Lon S. Hays
THOMPSON MILLER & SIMPSON, PLC
734 W. Main Street, Suite 400
Louisville, Kentucky 40202
tthompson@tmslawplc.com
lhays@tmslawplc.com

               /s/Hans G. Poppe
               Hans G. Poppe
               ***Counsel for Plaintiffs***